VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
CAYLA WITTY
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Venetian
Resort Casino, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAM LEE,<br><br>         Plaintiff,<br><br>vs.<br><br>LAS VEGAS SANDS CORPORATION,<br><br>         Defendant. | CASE NO. 2:17-CV-00603<br><br>**STIPULATION AND ORDER TO NAME CORRECT PARTY AND AMEND CAPTION** |

On February 24, 2017, Plaintiff Same Lee ("Plaintiff") filed his Complaint in the above-captioned action. Plaintiff mistakenly named Las Vegas Sands Corporation as a party. The proper party should have been identified as Venetian Casino Resort, LLC. Therefore,

IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Venetian Casino Resort, LLC, that Venetian Casino Resort, LLC be substituted for Las Vegas Sands Corporation for the purposes of this suit. As such, the caption in this suit shall be amended to read *Sam Lee v. Venetian Casino Resort, LLC*.

IT IS FURTHER STIPULATED that Venetian Casino Resort, LLC waives separate service under Fed. R. Civ. P. 5 of the Complaint and shall file its

4810-9188-0517.1

responsive pleading in accordance with the service upon Las Vegas Sands Corporation.

DATED this 21 day of March, 2017           DATED this 21 day of March, 2017

LEWIS BRISBOIS BISGAARD                    KIRK T. KENNEDY, ESQ.
& SMITH LLP


By_____          ___/s/ Kirk T. Kennedy___
VERONICA ARECHEDERRA HALL                  KIRK T. KENNEDY, ESQ.
Nevada Bar No. 5855                        Nevada Bar No. 5032
CAYLA WITTY                                815 S. Casino Center Blvd.
Nevada Bar No. 12897                       Las Vegas, Nevada 89101
6385 S. Rainbow Boulevard, Suite 600       Tel. 702.385.5534
Las Vegas, Nevada 89118
Tel. 702.893.3383                          Attorney for Plaintiff

Attorneys for Venetian
Resort Casino, LLC


## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 22, 2017

4810-9188-0517.1                           2