# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAM LEE,

    Plaintiff(s),

vs.

VENETIAN CASINO RESORT, LLC, et al.,

    Defendant(s).

Case No. 2:17-cv-00603-APG-VCF

**ORDER**

(Docket No. 11)

Pending before the Court is the parties' stipulation to reset the Early Neutral Evaluation ("ENE") currently scheduled for May 18, 2017. Docket No. 11. For good cause shown, the parties' stipulation, Docket No. 11, is hereby **GRANTED**. The ENE is hereby **CONTINUED** to June 5, 2017, at 9:30 a.m. The parties must submit their confidential settlement conference statements to the undersigned's box in the Clerk's Office no later than May 30, 2017, at 3:00 p.m. With the exception of the changes set forth above, all requirements in the original order setting the ENE, Docket No. 9, remain in place.

    IT IS SO ORDERED.

    Dated: March 28, 2017

                                          _____
                                          NANCY J. KOPPE
                                          United States Magistrate Judge