VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
CAYLA WITTY
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Venetian Resort
Casino, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAM LEE, | CASE NO. 2:17-CV-00603 |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| vs. | |
| VENETIAN RESORT CASINO LLC, | **(FIRST REQUEST)**    **ORDER** |
| Defendant. | |

Pursuant to LR IA 6-1, LR 7-1 and LR 7-2, the parties, by and through their undersigned counsel of record, stipulate and agree that the time for Defendant Venetian Resort Casino, LLC ("Defendant") to file its reply in support of its Motion to Dismiss, be extended one week, up to an including Friday, April 21, 2017. Defendant filed its Motion to Dismiss on Thursday, April 6, 2017, ECF 15. Plaintiff filed his Response on Friday, April 7, 2017, ECF 16. Defendant's reply is currently due on Friday, April 14, 2017. *See* ECF 16.

**Reason for Extension**

Defendant's counsel is currently out of the country. In light of this and the factual allegations to be addressed from Plaintiff's response, Defendant needs additional time to adequately reply.

/ / /

/ / /

/ / /

4830-9427-8726.1

This stipulation is made in good faith and not for the purpose of delay. This is the first extension of time requested by counsel for the time for Defendant to file its reply in support of the Motion to Dismiss.

DATED this 10th day of April, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Cayla Witty
_____
VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
CAYLA WITTY
Nevada Bar No. 12897
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Venetian Resort Casino LLC

DATED this 10th day of April, 2017.

KIRK T. KENNEDY, ATTORNEY AT LAW

/s/ Kirk T. Kennedy
_____
KIRK T. KENNEDY, ESQ.
Nevada Bar No. 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated: April 11, 2017.

_____
UNITED STATES DISTRICT JUDGE