# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAM LEE, | Case No. 2:17-cv-00603-APG-VCF |
| Plaintiff(s), | ORDER |
| vs. | |
| VENETIAN CASINO RESORT, LLC, | (Docket No. 27) |
| Defendant(s). | |

On June 12, 2017, Defendant filed a sealed response to a previous order to show cause without concurrently filing a motion to seal. Docket No. 26. As a result, the Court ordered Defendant to show cause why that responsive brief should not be unsealed. Docket No. 27. Defendant has now filed a response seeking to keep Docket No. 26 sealed. Docket No. 28.

The Court hereby **DISCHARGES** the order to show cause regarding sealing at Docket No. 27, and **INSTRUCTS** the Clerk's Office to maintain as sealed the filing at Docket No. 26. The Court further cautions Defendant and its counsel that papers filed under seal must be accompanied by a proper motion for leave to file those documents under seal. *See* Local Rule IA 10-5(a).

IT IS SO ORDERED.

DATED: June 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge