# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SAM LEE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VENETIAN RESORT CASINO, LLC,<br><br>　　　　　Defendant. | 2:17-cv-00603-APG-VCF<br>**ORDER** |

Before the Court is the Motion to Extend Discovery Plan and Scheduling Order Dates (ECF No. 33).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Extend Discovery Plan and Scheduling Order Dates (ECF No. 33) is scheduled for 10:00 AM, October 18, 2017, in Courtroom 3D.

DATED this 5th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE