KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
office: (702) 385-5534
fax: (702) 385-1869
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAM LEE, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> VENETIAN RESORT CASINO, LLC, DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants. | 2-17-cv-00603-APG-VCF |

**STIPULATION AND ORDER TO RESET HEARING ON MOTION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER, Dock.# 33**

IT IS HEREBY STIPULATED AND AGREED, by the Plaintiff, above named, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, above-named, by and through its undersigned counsel, VERONICA ARECHEDERRA HALL, ESQ., that the hearing set for October 18, 2017, on the Plaintiff's Motion To Extend Discovery Plan and Scheduling Order Dates, Dock.# 33, be vacated and reset to a date convenient to the Court, but after the district court rules on the pending Defendant's Motion to Dismiss Complaint, Dock.# 15.

This Stipulation is entered into because the Honorable Judge Andrew P. Gordon has ordered supplemental briefing related to the Defendant's motion to dismiss and the resolution of that motion may impact the pending motion to extend the discovery deadline. Additional time is necessary in order for the parties to complete the ordered supplemental briefing and for a final ruling from the Court on the motion to dismiss.

1

This is the first request by stipulation to move the hearing set for October 18, 2017.

| /s/Kirk T. Kennedy | /s/Veronica Arechederra Hall |
|---|---|
| KIRK T. KENNEDY, ESQ. | VERONICA ARECHEDERRA HALL, ESQ. |
| Nevada Bar No: 5032 | Nevada Bar No: 5855 |
| 815 S. Casino Center Blvd. | Hall Jaffe & Clayton |
| Las Vegas, NV 89101 | 7425 Peak Drive |
| (702) 385-5534 | Las Vegas, NV 89128 |
|  | (702) 316-4114 |
| Attorney for Plaintiff | Attorney for Defendant |
| Dated: 10/16/17 | Dated: 10/16/17 |

### ORDER

Based on the foregoing Stipulation, the October 18, 2017, hearing on the Plaintiff's motion to extend the discovery plan and scheduling order dates (Dock.#33) is hereby vacated and shall be reset at the Court's convenience.

Dated this 16th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the status hearing scheduled for October 18, 2017 is VACATED and RESCHEDULED to 10:00 AM, February 28, 2018, in Courtroom 3D.